UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RONALD GRAVES (#356 003) | ) | CIVIL ACTION |
| | ) | |
| versus | ) | |
| | ) | NO. 16-292-BAJ-RLB |
| BURL CAIN, ET AL. | ) | |

## SECOND REQUEST FOR ADMISSIONS

Plaintiff requests that the defendants Asst. Warden Ray Vittorio and Colonel Cazelot, make the following admissions, within 30 days pursuant to Rule 36 of the Federal Rules of Civil Procedure:

**1.** Please admit that there was no security Officer in Eagle 1 Dormitory on the night of July 4, 2015, when Ronald Graves was attacked by Ricky Gary.

**2.** Please admit that there were no Officers specifically assigned to the sole job of camera monitors at Camp D.

**3.** Please admit that Ricky Gary attacked Ronald Graves by pouring a hot liquid substance on his face and neck area and then beat him with locks attached to a cord.

**4.** Please admit that Ricky Gary's record indicates that he has a history of violence towards other Offenders.

**5.** Please admit that Offender Ricky Gary's record had been screened by security prior to being allowed to enter the general population.

**WHEREFORE**, plaintiff prays that this request for admissions be timely answered in compliance with F.R.C.P. Rule 36.

Respectfully Submitted:

_____
Ronald Graves